UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Matildelis Medina,<br><br>                              Plaintiff,<br><br>         -against-<br><br>217 Bowery Realty Corp. et al.,<br><br>                              Defendants. | 24-CV-9491 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Plaintiff Medina and defendants 217 Bowery Realty Corp. and House of Bowery, Corp. filed their consent to jurisdiction by a magistrate judge. Dkt. 27. However, a magistrate judge can only conduct all proceedings in a civil action (including entry of a final judgment) if all parties to a case voluntarily consent. The form currently only includes the consent of the appearing defendants and Medina, so the case cannot be referred to magistrate judge for all purposes at this time.

    If the parties wish to proceed before a magistrate judge, plaintiff should either drop PAMDH Enterprises Inc. or join them to the case promptly.

    SO ORDERED.

Dated: April 7, 2025
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                    United States District Judge