UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Matildelis Medina,<br><br>                    Plaintiff,<br><br>           -against-<br><br>217 Bowery Realty Corp. et al.,<br><br>                    Defendants. | 24-CV-9491 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    This case was filed on December 12, 2024. Dkt. 1. Plaintiff obtained a Clerk's Certificate of Default as to all three defendants. Dkt. 14. Two defendants, House of Bowery Corp. and 217 Bowery Realty Corp., then appeared and filed stipulations stating that the parties would submit the required Case Management Plan by April 4, 2025. Dkts. 18 and 26.

    No Case Management Plan has been filed on the docket, and the parties are ordered to submit one for the Court's review by **April 23, 2025**.

    SO ORDERED.

Dated: April 21, 2025
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge