UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATILDELIS MEDINA,

               Plaintiff,

     -against-

217 BOWERY REALTY CORP. et al.

               Defendants.

24-cv-9491 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The federal claims were withdrawn and the court declined jurisdiction over the state-law claims. For that reason, this case should be closed.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: January 21, 2026
      New York, New York

_____
    ARUN SUBRAMANIAN
   United States District Judge